# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:26-cv-21489-MD

MARYSOL ACEVEDO, *et al.*,

    Plaintiffs,

v.

PLAYA MIAMI LLC, *et al.*,

    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:      Defendant:    Playa Miami LLC
           Registered Agent:  Joshua Remedios
                         600 Brickell Ave #3600
                         Miami, Florida 33131

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Dillon S. Cuthbertson, Esq.
        Koz Law, P.A.
        800 East Cypress Creek Road, Suite 421
        Fort Lauderdale, Florida 33334

        Tel:   (786) 924-9929
        Fax:  (786) 358-6071
        Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____Mar 6, 2026_____

*s/ S.Carlson*
_____.
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:26-cv-21489-MD

MARYSOL ACEVEDO, *et al.*,

    Plaintiffs,

v.

PLAYA MIAMI LLC, *et al.*,

    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:        Defendant:      Show Hospitality, LLC
            Registered Agent:  Shaki Dobbs
                           2045 Biscayne Blvd. Suite 414
                           Miami, Florida 33137

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Dillon S. Cuthbertson, Esq.
        Koz Law, P.A.
        800 East Cypress Creek Road, Suite 421
        Fort Lauderdale, Florida 33334

                    Tel:   (786) 924-9929
                    Fax:  (786) 358-6071
                    Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____Mar 6, 2026_____

*s/ S.Carlson*
_____ .
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  1:26-cv-21489-MD

MARYSOL ACEVEDO, *et al.*,

     Plaintiffs,

 v.

PLAYA MIAMI LLC, *et al.*,

     Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:        Defendant:     Shaki Dobbs
                              41 SE 5th St Apt 1014
                              Miami, Florida 33131

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Dillon S. Cuthbertson, Esq.
     Koz Law, P.A.
     800 East Cypress Creek Road, Suite 421
     Fort Lauderdale, Florida 33334

     Tel:   (786) 924-9929
     Fax:  (786) 358-6071
     Email: dc@kozlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____   Mar 6, 2026

s/ S.Carlson

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  1:26-cv-21489-MD

MARYSOL ACEVEDO, *et al.*,

    Plaintiffs,

 v.

PLAYA MIAMI LLC, *et al.*,

    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:        Defendant:      Madison Jade Howell
1207 SW 21st St
Fort Lauderdale, Florida 33315

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dillon S. Cuthbertson, Esq.
    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: ___Mar 6, 2026___

Angela E. Noble
Clerk of Court

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.  1:26-cv-21489-MD

MARYSOL ACEVEDO, *et al.*,

    Plaintiffs,

v.

PLAYA MIAMI LLC, *et al.*,

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:       Defendant:      Megan Ashli Mckee
                                41 SE 5th St Apt 1014
                                Miami, Florida 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dillon S. Cuthbertson, Esq.
      Koz Law, P.A.
      800 East Cypress Creek Road, Suite 421
      Fort Lauderdale, Florida 33334

      Tel:   (786) 924-9929
      Fax:  (786) 358-6071
      Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Mar 6, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court